

# NUMBER 13-14-00530-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**ROBERTO CARDENAS,**                                        **APPELLANT,**

## V.

**THE STATE OF TEXAS,**                                        **APPELLEE.**

## On Appeal from the 206th District Court
## of Hidalgo County, Texas.

# ORDER ABATING APPEAL

### Before Justices Rodriguez, Garza, and Longoria
### Order Per Curiam

This cause is before the Court on the State's motion to abate this appeal. According to the motion to abate, appellant plans to file an amended brief which would include issues pertaining to matters that occured at pretrial hearings. The record currently before the Court fails to include any of the exhibits admitted at the pretrial hearings, and the State has requested that such exhibits be prepared and filed in a

supplemental reporter's record. The State urges that the exhibits are relevant to the issues to be raised on appeal, and thus requests that we abate the appeal until the supplemental reporter's record has been filed. Appellant does not oppose this motion.

We GRANT the State's motion and we ABATE this appeal until the supplemental record has been filed in this cause. Appellant's amended brief, if any, shall be filed within twenty days after the supplemental record has been filed, and the State's brief will be due thirty days thereafter.

IT IS SO ORDERED.

PER CURIAM

Do Not Publish.
TEX. R. APP. P. 43.7.

Delivered and filed the
28th day of July, 2015